IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSTELLATION NEWENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLENTOWN METAL WORKS, INC., CAPSTONE CAPITAL GROUP, LLC, CAPSTONE CREDIT, LLC, and ABC CORPS. 1-10, <br><br> Defendants. | Case No. 13-civ-03281-RJS <br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that, on the date appearing below, I caused copies of the Court's endorsed letter order, dated June 24, 2013 (ECF #6) and Plaintiff's responsive pre-motion letter, dated June 26, 2013, together with this Certificate of Service, to be served via prepaid first class U.S. mail upon:

> Scott A. Brody, Esq.
> Brody, O'Connor & O'Connor
> 1350 Avenue of the Americas, 24th Floor
> New York, N.Y. 10019

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date:  June 26, 2013

/s/ Jonathan R. Miller, Esq.
**WONG ◆ FLEMING**
**A Professional Corporation**
*Attorneys for Plaintiff*

821 Alexander Road, Suite 200
P.O. Box 3663
Princeton, NJ 08543-3663
Tel.: (609) 951-9520
Fax: (609) 951-0270
Email: jmiller@wongfleming.com