# WONG·FLEMING
### ATTORNEYS AT LAW

LINDA WONG
Member of NJ, PA, NY & Wash, DC Bars

lwong@wongfleming.com

January 15, 2014

**VIA EMAIL**
Hon. Richard J. Sullivan, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007
E-mail: SullivanNYSDChambers@nysd.uscourts.gov

Re:    **Constellation NewEnergy, Inc. v. Allentown Metal Works, Inc., et al.,**
       **Civil Action No. 13-civ-03281-RJS**

Dear Judge Sullivan:

This firm represents Plaintiff, Constellation NewEnergy, Inc. ("CNE") in the above-referenced matter. In accordance with Your Honor's Individual Practice Rule 2, we are writing to request a Pre-Motion Conference for leave to serve a motion to enforce Your Honor's November 4, 2013 Order granting CNE attorney's fees and costs.

Despite the Court's Order and Plaintiff's correspondence with Defendants' counsel specifying the amount of fees and costs involved with Plaintiff's Motion for Default Judgment, Defendants have yet to comply with the Court's Order. Defendants' counsel has further indicated that it will not pay the fees demanded.

In light of the foregoing, we request that the Court schedule a pre-motion conference in this matter.

Thank you for Your Honor's consideration.

Respectfully,

WONG FLEMING

Linda Wong

LW/IC/ncs
File No. 2516.0008
cc: Scott A. Brody, Esq. (via electronic mail to scott.brody@brodyoconnor.com)

821 ALEXANDER ROAD, SUITE 200 ♦ P.O. BOX 3663 ♦ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ♦ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**

CALIFORNIA ♦ COLORADO ♦ DISTRICT OF COLUMBIA ♦ FLORIDA ♦ GEORGIA ♦ IDAHO ♦ INDIANA ♦ MARYLAND
MICHIGAN ♦ NEVADA ♦ NEW JERSEY ♦ NEW YORK ♦ OREGON ♦ PENNSYLVANIA ♦ TEXAS ♦ WASHINGTON
ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED