UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONSTELLATION NEWENERGY, INC.,

Plaintiffs,

-v-

ALLENTOWN METAL WORKS, INC., *et al.*,

Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-22-14

No. 13 Civ. 3281 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Plaintiff regarding its anticipated motion for attorneys' fees and costs related to their motion for default judgment (Doc. No. 49) and the attached letter from Defendants in response. Accordingly, IT IS HEREBY ORDERED THAT Plaintiff shall submit its motion no later than February 7, 2014. Defendants shall respond no later than February 21, 2014.

SO ORDERED.

Dated:   January 21, 2014
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

**BRODY, O'CONNOR & O'CONNOR, ESQS.**
ATTORNEYS AT LAW
1350 AVENUE OF THE AMERICAS, 24th FLOOR
NEW YORK, NEW YORK 10019

SCOTT A. BRODY_
THOMAS M. O'CONNOR
PATRICIA A. O'CONNOR
AISHA K. BROSNAN
JONATHAN F. BANKS

TANYA M. DeMAIO
MAGDALENE SKOUNTZOS.
THERESA J. VIERA
EVA LEONE KENNEDY+

_Also Admitted to Florida Bar
_Also Admitted to Connecticut Bar
+Also Admitted to New Jersey Bar

(212) 233-2505
FAX (212) 233-2506

SUFFOLK OFFICE:

7 Bayview Avenue
Northport, New York 11768
(631) 261-7778
(631) 261-6411

OF COUNSEL
CRAIG J. TORTORA
ROBERT C. POLIZZO, JR.

January 21, 2014

<u>**Via Email: sullivannysdchambers@nysd.uscourts.gov and E-file**</u>
Hon. Justice Richard J. Sullivan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **Constellation Newenergy, Inc. v. Capstone Capital Group, LLC et al.**
           Docket No.: 13 CIV 3281(RJS)
           <u>Our File No.: NYCL 13-191 SB</u>

Honorable Sir:

    This letter is written to your Honor in response to Plaintiff's request for a pre-motion conference for it's counsel fees. Constellation Newenergy seeks $8,454.60 for the alleged performance of work in connection with obtaining the entry of default, serving Defendants with that entry, and serving Defendants with the Court's Order of October 17, 2013.

    In this regard, counsel for Plaintiff's submission to the undersigned included such items as the reviewing and analyzing of dispositive motions, reviewing my letters to the Court regarding dismissal, and the like. I responded to counsel with a counter proposal, and I did not wish the Court to believe from the pre motion letter that Plaintiff did not receive a response. A conference may be necessary, at least by telephone.

    I thank the Court for its attention hereto.

                                                  Very truly yours,

                                                  BRODY, O'CONNOR & O'CONNOR, ESQS.

                                                  Scott A. Brody

BRODY, O'CONNOR & O'CONNOR, ESQS.
ATTORNEYS AT LAW

Honorable Justice Richard J. Sullivan
January 21, 2014
Page 2 of 2

SAB/br

cc:     **Via E-mail: lclement@wongfleming.com**
        Wong Fleming, P.C.