# WONG·FLEMING
### ATTORNEYS AT LAW

**LINDA WONG**
Member of NJ, PA, NY & DC Bars

LWong@wongfleming.com

July 14, 2014

**VIA EMAIL**
Hon. Richard J. Sullivan, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007
E-mail: SullivanNYSDChambers@nysd.uscourts.gov

      Re:    **Constellation NewEnergy, Inc. v. Allentown Metal Works, Inc., et al.,**
              **Civil Action No. 13-civ-03281-RJS**

Dear Judge Sullivan:

      This firm represents Plaintiff, Constellation NewEnergy, Inc. ("CNE") in the above-referenced matter. Please be advised that this matter has been settled and we expect to be filing a stipulation of discontinuance with the Court shortly. Please remove this matter from the trial calendar.

      Thank you for Your Honor's time and consideration.

                                                           Respectfully,
                                                           **WONG FLEMING**

                                                           Linda Wong

LW/IC/ncs
File No. 2516.0008
cc: Scott A. Brody, Esq. (via electronic mail to scott.brody@brodyoconnor.com)

300 EAST 42ND STREET ✦ 14TH FLOOR ✦ NEW YORK, NY 10017
TEL: (212) 643-9668 ✦ FAX: (212) 643-9640
**WWW.WONGFLEMING.COM**

CALIFORNIA ✦ DISTRICT OF COLUMBIA ✦ FLORIDA ✦ GEORGIA ✦ IDAHO ✦ INDIANA ✦ MARYLAND
MICHIGAN ✦ NEVADA ✦ NEW JERSEY ✦ NEW YORK ✦ OREGON ✦ PENNSYLVANIA ✦ TEXAS ✦ WASHINGTON
ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED